IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALAN D. ROYSTER, # 224763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-102-CG-B |
| | ) |
| NOAH PRICE "TREY" OLIVER, III, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** as frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** and **ORDERED** this the 26th day of April, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE